UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 AUG 28 AM 10:28

Magistrate Case No. '08 MJ 2650

UNITED STATES OF AMERICA,
    Plaintiff,
v.
**Cereza Ann MARKS**
    Defendant.

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)—
Bringing in Illegal Aliens Without Presentation

The undersigned complainant being duly sworn states:

On or about **August 27, 2008**, within the Southern District of California, defendant **Cereza Ann MARKS**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Alma Delia LOPEZ-Regino**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 28th day of **August, 2008**.

Honorable William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Alma Delia LOPEZ-Regino** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 27, 2008, at about 12:36 a.m., **Cereza Ann MARKS (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of stolen 1992 Red Nissan pickup truck. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States Passport as proof of her citizenship. The CBP Officer questioned Defendant regarding the ownership of the vehicle to which she replied that she was the owner and had purchased the vehicle about one month prior. The CBP Officer asked to see the vehicle registration. Defendant complied, presenting a counterfeit registration, which bore her name and address. The CBP Officer noticed Defendant appeared to be nervous; her hands where shaking as she presented the vehicle registration. The CBP Officer asked Defendant about her destination in the United States. Defendant stated she was going to visit her son in Los Angeles, California. The CBP Officer conducted an inspection of the vehicle and discovered what appeared to be a human being concealed in the vehicle's cargo area, within a carpet kit storage compartment, which had been modified. The CBP Officer then instructed the Defendant to exit the vehicle and placed her in custody.  Defendant was escorted to the security office for further inspection.  The vehicle was driven to secondary for further inspection.

In Secondary Inspection, a CBP Officer removed the center floor portion of the carpet kit and lifted each of the storage compartments and discovered an adult female on the left storage compartment and a minor male on the right storage compartment. Both concealed individuals were determined to be citizens of Mexico without legal documentation to enter the United States. The adult female was retained as a material witness and is now identified as **Alma Delia LOPEZ-Regino (Material Witnesses).**  The minor undocumented alien not retained as a material witness and was administratively processed, turned over to the Mexican Consulate for repatriation.

During a videotaped proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge of concealed aliens. Defendant admitted she was to receive $400.00 (USD) to drive and deliver the vehicle and concealed alien into the United States. Defendant admitted to successfully smuggling two undocumented aliens on a previous occasion and receiving $400.00 (USD) as payment. Defendant admitted she used the same Nissan pickup for each of the smuggling acts. Defendant admitted she is not the legal owner of the vehicle and admitted to providing her name and address and allowed to have the information listed on a counterfeit Department of Motor Vehicle (DMV) registration for the purpose of facilitating the smuggling venture.

**Continuation of Probable Cause Statement**

On separate videotaped interviews, Material Witnesses admitted she is a citizen of Mexico without legal documents to enter into United States. Material Witness admitted she made arrangements to be smuggled into the United States and was to pay a fee of $5,500.00 (USD). Material Witness admitted she was unable to extricate herself out of the compartment. Material Witness admitted she was going to Los Angeles, California to reside and seek employment.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loberena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 28th day of **August, 2008**.

_____
Honorable William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE